ORIGINAL

FILED
07 MAY 23 AM 9:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: LP   DEPUTY

1  KAREN P. HEWITT
   United States Attorney
2  LAURA E. DUFFY
   Assistant U.S. Attorney
3  California State Bar Number 199232
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6340

6  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr0741-WQH |
|---|---|---|
| Plaintiff, | ) | MOTION AND ORDER TO UNSEAL |
| v. | ) | |
| SAMUEL GOMEZ-JAIMES, ET AL., | ) | |
| Defendants. | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney and Laura E. Duffy, Assistant United States Attorney, hereby moves to unseal the Indictment in the above-captioned case.

DATED: 05-23-07

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*(signature)*
LAURA E. DUFFY
Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that the Indictment in the above-captioned be unsealed.

DATED: MAY 2 3 2007

*(signature)*
ANTHONY J. BATTAGLIA
United States Magistrate Judge